IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WALLACE A. GARDNER, ADC # 110784                                                            PLAINTIFF

v.                                        5:16CV00024-DPM-JJV

CHRISTOPHER BUDNIK, Deputy Warden,
Varner Unit; *et al.*                                                                                   DEFENDANTS

## ORDER

Now pending before the Court is Plaintiff's Amended Complaint. (Doc. No. 7.) Therein, Plaintiff has included an affidavit and several grievance documents which were exhausted after he mailed his initial Complaint (Doc. No. 2) but before it was actually filed. Based on these exhausted grievances Plaintiff seeks to add three new Defendants to this action - Estella Bland, Lisa Gibson, and Kennie L. Bolden. (Doc. No. 7 at 2.) The Amended Complaint does not include a statement of Plaintiff's claims against any of these Defendants and I decline to accept his grievance documents as a substitute. Moreover, I have already afforded Plaintiff an opportunity to amend his initial Complaint. (Doc. No. 4.) If he wishes to add these or any other Defendants he may do so as part of a single amended pleading which contains all claims and parties he wishes to sue.

IT IS, THEREFORE, ORDERED that the Clerk of Court shall strike Plaintiff's Amended Complaint (Doc. No. 7) from the record.

DATED this 2nd day of February, 2016.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE